**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRIAN WANTUCK, et al.,

      Plaintiffs,

v.                                                                                        CV No. 19-1186 RB/CG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference and the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 7), filed January 21, 2020. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 10).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE