# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRIAN WANTUCK, et al.,

        Plaintiffs,

v.                                                             CV No. 19-1186 RB/CG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES AND TO AMEND THE PLEADINGS

**THIS MATTER** is before the Court on Plaintiffs' *Unopposed Motion for Extension of Time to Join Additional Parties and to Amend the Pleadings* (the "Motion"), (Doc. 18), filed March 16, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline to join additional parties and to amend the pleadings in this matter shall be on or before **May 18, 2020**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE