**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRIAN WANTUCK, et al.,

    Plaintiffs,

v.    CV No. 19-1186 RB/CG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

**ORDER VACATING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon notice from counsel that this case has settled. **IT IS THEREFORE ORDERED** that the status conference scheduled for **May 5, 2020, at 2:00p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE